UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                              :

UNITED STATES OF AMERICA      :    **INDICTMENT**
                              :

    - v. -                :

                              :    S1 07 Cr. 737 (PKC)
YOUNG SON IM,              :
SANGMIN CHUN,             :
HADON KIM,               :
    a/k/a "Patrick Kim",    :
CULLEN HUMPHREY KA,      :
FU YU MIAO,             :
    a/k/a "Kenny", and     :
JAVIER DIAZ,             :
    a/k/a "Magic",        :

        Defendants.      :
------------------------------------x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 1 2007

COUNT ONE

    The Grand Jury charges:

    1.  From in or about June 2006 through in or about August 2007, in the Southern District of New York and elsewhere, YOUNG SON IM, SANGMIN CHUN, HADON KIM, a/k/a "Patrick Kim", CULLEN HUMPHREY KA, FU YU MIAO, a/k/a "Kenny", and JAVIER DIAZ, a/k/a "Magic," the defendants, and others known and unknown, unlawfully, intentionally, and knowingly, did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

    2.  It was a part and an object of the conspiracy that YOUNG SON IM, SANGMIN CHUN, HADON KIM, a/k/a "Patrick Kim", CULLEN HUMPHREY KA, FU YU MIAO, a/k/a "Kenny", and JAVIER DIAZ, a/k/a "Magic," the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a

controlled substance, to wit, fifty grams and more of methamphetamine in violation of Sections 812, 841(a)(1), and 841(b)(1)(A) of Title 21, United States Code.

OVERT ACTS

3.   In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.   On or about November 9, 2006, SANGMIN CHUN, the defendant, and another co-conspirator not named as a defendant herein provided YOUNG SON IM, the defendant, with approximately 16 grams of methamphetamine outside of a restaurant in Manhattan.

b.   On or about November 9, 2006, YOUNG SON IM sold approximately 16 grams of methamphetamine to a confidential informant at a restaurant in Manhattan.

c.   On or about March 20, 2007, CULLEN HUMPHREY KA, the defendant, sent a package containing methamphetamine to HADON KIM, a/k/a "Patrick Kim", the defendant.

d.   On or about April 6, 2007, FU YU MIAO, a/k/a "Kenny", the defendant, sent a package containing methamphetamine to KIM.

e.   On or about August 13, 2007, JAVIER DIAZ, a/k/a "Magic," the defendant, arrived at a location in the San

Diego, California, area in order to conduct a methamphetamine transaction.

(Title 21 United States Code Section 846.)


### FORFEITURE ALLEGATION

4.    As a result of committing the controlled substance offense alleged in Count One of this Indictment, YOUNG SON IM, SANGMIN CHUN, HADON KIM, a/k/a "Patrick Kim", CULLEN HUMPHREY KA, FU YU MIAO, a/k/a "Kenny", and JAVIER DIAZ, a/k/a "Magic," the defendants, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment, representing the amount of proceeds obtained as a result of the narcotics offense charged in Count One of this Indictment.

### Substitute Asset Provision

a.    If any of the above-described forfeitable property, as a result of any act or omission of YOUNG SON IM, SANGMIN CHUN, HADON KIM, a/k/a "Patrick Kim", CULLEN HUMPHREY KA, FU YU MIAO, a/k/a "Kenny", and JAVIER DIAZ, a/k/a "Magic," the defendants:

3

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants, up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

FOREPERSON

MICHAEL J. GARCIA
United States Attorney

4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**- v. -**

**YOUNG SON IM,**
**SANGMIN CHUN,**
**HADON KIM,**
**a/k/a "Patrick Kim",**
**CULLEN HUMPHREY KA,**
**FU YU MIAO,**
**a/k/a "Kenny",**
**JAVIER DIAZ,**
**a/k/a "Magic,"**

**Defendants.**

**INDICTMENT**

S1 07 Cr. 737 (PKC)

(18 U.S.C. § 846)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____  Foreperson.

*S1 07 Cr 737 filed Supersedir*