**HOWARD R LEADER**
**ATTORNEY AT LAW**
**381 PARK AVENUE SOUTH**
**SUITE 701**
**NEW YORK, NEW YORK 10016**

**TELEPHONE (646) 533-7696**
**FACSIMILE (212) 545-7514**

VIA ECF AND FACSIMILE

Hon. P. Kevin Castel
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

July 29, 2008

<u>United States v. Young Son Im, et al.</u>
(S1) 07 Cr. 737 (PKC)

Dear Judge Castel:

    I am the attorney of record Mr. Im in this matter. I regret to advise the Court that I must ask to be relieved and that Mr. Im be assigned new counsel. The reason for the request is that the relationship between attorney and client has irretrievably broken down to the point where there is an irreconcilable conflict of interest.

    Mr. Im has asked me to communicate to the Court that he no longer wishes me to represent him and that he cannot afford private counsel.

    This matter is now scheduled for a status conference on August 4, 2008. I ask that the issue be taken up at that time.

Respectfully submitted,

/s/

HOWARD R LEADER

cc: John T. Zack, Esq.,
    Assistant United States Attorney